## YAMANAKA & CO. v. UNITED STATES.

### MORIMURA BROS. v. SAME.

#### (Circuit Court, S. D. New York. May 20, 1909.)

#### Nos. 5,329, 5,330.

1. CUSTOMS DUTIES (§ 38*)—CLASSIFICATION—"JOSS LIGHT."
    A dried paste of sandlewood dust and clay, in the form of sticks, cones and coils, which, when lighted, yields a fragrant odor and is burnt at the altars and shrines of joss houses and temples in China and Japan, is "joss light," within the meaning of Tariff Act July 24, 1897, c. 11, § 2, Free List, par. 587, 30 Stat. 198 (U. S. Comp. St. 1901. p. 1684).
    [Ed. Note.—For other cases, see Customs Duties, Dec. Dig. § 38.*]

2. CUSTOMS DUTIES (§ 38*)—CLASSIFICATION—COMMERCIAL DESIGNATION.
    Articles which are in truth and fact joss sticks or joss lights are subject to classification as such under Tariff Act July 24, 1897, c. 11, § 2, Free List, par. 587, 30 Stat. 198 (U. S. Comp. St. 1901, p. 1684), notwithstanding that they may have no commercial designation as such.
    [Ed. Note.—For other cases, see Customs Duties, Dec. Dig. § 38.*]

On Application for Review of Decisions by the Board of United States General Appraisers.

The articles in controversy were held in the board's decisions not to be subject to classification as joss sticks or joss light, under Tariff Act July 24, 1897, c. 11, § 2, Free List, par. 587, 30 Stat. 198 (U. S. Comp. St. 1901, p. 1684), because not shown to be so known in trade and commerce. The importers contended that it was not necessary to prove commercial designation, but that it was sufficient to show that the articles were in fact joss sticks or joss light.

Kammerlohr & Duffy (John G. Duffy, of counsel), for importers.
D. Frank Lloyd, Asst. U. S. Atty.

PLATT, District Judge. The merchandise is a dried paste of sandalwood dust and clay, variously in the form of small sticks, cones, and coils. When lighted it yields a fragrant odor. The testimony in the record fully establishes that it is used in joss houses and temples

─────────

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

in China and Japan, being burnt at their altars and shrines. Clearly it seems to be the joss light intended by Congress to be allowed free entry under paragraph 587 of the tariff act (Act July 24, 1897, c. 11, § 2, Free List, 30 Stat. 198 [U. S. Comp. St. 1901, p. 1684]).

Champion v. U. S. (C. C.) 150 Fed. 239, T. D. 27,495, has no application here. The goods there considered were not, in truth and fact, joss sticks, but were allowed that classification because of their being so denominated in trade. The articles before me now, being actually joss sticks or lights, are clearly entitled to exemption from duty.

The decision of the Board of General Appraisers is reversed.